United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Clifford H. Hlaing
    Debtor

Case No. 10-15203-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 19, 2017
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.
db          +Clifford H. Hlaing,   268 Fulmer Road,   Perkiomenville, PA 18074-9730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:
         BRIAN E. CAINE    on behalf of Creditor    VW Credit, Inc. bcaine@parkermccay.com,
          BKcourtnotices@parkermccay.com
         DAVID B. SPITOFSKY    on behalf of Debtor Clifford H. Hlaing spitofskybk@verizon.net,
          spitofskylaw@verizon.net
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GMAC Mortgage, LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         LESLIE E. PUIDA    on behalf of Creditor    GMAC Mortgage, LLC lpuidaesq@gmail.com
         PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
          pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
          rive.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 10-15203-elf |
|---|---|
| CLIFFORD H. HLAING, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Notice of Mortgage Payment Change under Proof of Claim 2 **(No. #2-1)** filed by **Green Tree Servicing, LLC**;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change under Proof of Claim (including attachments) **(No. 2-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to the **Notice of Mortgage Payment Change under Claim No. 2-1 on the Claims Register forthwith**.

**Green Tree Servicing, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 2, 2017.

Dated: 1/19/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**